IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUSSELL MOORE                                                                                          PLAINTIFF

v.                                           CIVIL NO. 16-2050

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                DEFENDANT

## **O R D E R**

On March 8, 2016, *pro se* Plaintiff, Russell Moore, filed a complaint with this Court after being denied disability benefits. (Doc. 1).  By Text Order dated May 6, 2016, Plaintiff was directed to file a brief discussing his specific points of appeal on or before June 6, 2016.

On September 1, 2016, Defendant filed a motion to dismiss for lack of prosecution.[1] (Doc. 14).  Defendant states that Plaintiff failed to timely file his brief as directed by the Court.

By Order dated September 6, 2016, Plaintiff was directed to show cause by September 20, 2016, why his suit should not be dismissed.  (Doc. 15).  To date, Plaintiff has failed to respond.

Based on the foregoing, the Court hereby **grants** Defendant's motion, and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 3rd day of October, 2016.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendant's motion references incorrect dates.  (Doc. 14).  Defendant's brief is support of the motion references the proper dates.  (Doc. 14, Attachment 1).